UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERONICA DYER, )<br>)<br>      Plaintiff, )<br>  v. )<br>         )<br>NEW ENGLAND BUILDING & )<br>BRIDGE COMPANY, INC., )<br>         )<br>      Defendants. ) | CIVIL ACTION<br>NO. 22-11762-JGD |

## **ORDER OF DISMISSAL**

DEIN, U.S.M.J.

In accordance with the parties' Stipulation of Dismissal with Prejudice (Docket No. 16), it is hereby ORDERED that above-entitled action is hereby dismissed with prejudice, without costs and fees, and with all rights to appeal waived.

BY THE COURT,

/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  March 1, 2023